_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 17, 2016

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | ) Case No. 15-11026-abl |
| CHRISTOPHER MICHAEL CHANDLER, and, OFALOTO KIKANAINA CHANDLER, | ) Chapter 7 |
| Debtors. | |
| THOMAS B. SMITH, et al., | ) Adv. Proc. No. 16-01009-abl |
| Plaintiffs, | |
| vs. | |
| CHRISTOPHER MICHAEL CHANDLER, | |
| Defendant. | |

**JUDGMENT**

Plaintiffs' complaint in the adversary proceeding identified in the caption sought to have certain indebtedness owed to the plaintiffs excepted from the chapter 7 bankruptcy discharge of debtor/defendant Christopher Michael Chandler ("Mr. Chandler"). The complaint was cast in three counts. The first count objected to discharge of plaintiffs' debt in Mr. Chandler's bankruptcy case under 11 U.S.C. § 523(a)(2). The second count objected to discharge of plaintiffs' debt in Mr. Chandler's bankruptcy case under 11 U.S.C. § 523(a)(6). The third count objected to discharge of plaintiffs' debt in Mr. Chandler's bankruptcy case under 11 U.S.C.

1

§ 523(a)(19).

Plaintiffs moved for summary judgment solely on the third count of the complaint, objecting to discharge of their debt in Mr. Chandler's bankruptcy case under 11 U.S.C. § 523(a)(19). (ECF No. 16).[1] After notice and a hearing, the Court entered its Order on Motion for Summary Judgment ("Summary Judgment Order"). The Summary Judgment Order granted plaintiffs' motion for summary judgment, and excepted plaintiffs' debt from Mr. Chandler's discharge solely on the basis of 11 U.S.C. § 523(a)(19). The Summary Judgment Order did not dispose of plaintiffs' objections to discharge of their debt in Mr. Chandler's bankruptcy case under either 11 U.S.C. § 523(a)(2) or 11 U.S.C. § 523(a)(6).

Pursuant to FED. R. CIV. P. 54(b), made applicable in this adversary proceeding pursuant to FED. R. BANKR. P. 7054(a), the Court expressly determines that there is no just reason for delay in the entry of final judgment consistent with the Summary Judgment Order. Plaintiffs' debt has been excepted from discharge in Mr. Chandler's bankruptcy case under 11 U.S.C. § 523(a)(19). Resolution of the remaining counts of the complaint predicated upon 11 U.S.C. § 523(a)(2) and 11 U.S.C. § 523(a)(6) will have no impact upon that outcome.

In accordance with FED. R. CIV. P. 54 and 58, made applicable in this adversary proceeding by FED. R. BANKR. P. 7054 and 7058:

**JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs Thomas B. Smith and Sandra E. Yee-Smith. All sums due under the Second Amended Judgment[2] are expressly excepted from the bankruptcy discharge of Christopher Michael Chandler pursuant to 11 U.S.C. § 523(a)(19).

---

[1] In this Order, unless otherwise specified, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned adversary proceeding as they appear on the docket maintained by the Clerk of the Court.

[2] Entered in the case Thomas B. Smith, et.al. v. Chris Chandler, et al., United States District Court, Central Division for the District of Utah Case No. 2:13-cv-00027-DB, at Document No. 23. See ECF No. 16-1 at pp. 3-4 of 210.

Notice and copies sent to:

    ALL PARTIES VIA BNC

and SENT VIA BNC to:

    CHRISTOPHER MICHAEL CHANDLER
    7137 PUETOLLANO DRIVE
    NORTH LAS VEGAS, NV 89084

###